JAMES TILLER, Respondent, v. PAUL TISHMAN Co., INC., Appellant.— In an action by an employee of a subcontractor on a building under construction to recover damages for personal injuries sustained when he fell off a ladder which slipped and shifted, the appeal is from a judgment entered on a jury verdict in favor of respondent. Judgment affirmed, with costs. The ladder had been used for weeks by employees of subcontractors of appellant, including employees of the respondent's employer, a subcontractor of one of appellant's subcontractors. Appellant was operating under a contract for the "general construction" of a school. In the situation revealed by the record, appellant, with regard to respondent, was in the same position as if it had been a general contractor operating under a contract for the complete construction of the building. Nolan, P. J., Wenzel and Beldock, JJ., concur; Murphy and Ughetta, JJ., dissent and vote to reverse the judgment and to grant a new trial on the grounds (1) that it was error to instruct the jury that appellant, as a matter of law, was the general contractor, and (2) that it was further error not to submit to the jury the question as to whether or not appellant had control of the ladder. The evidence tends to establish that the owner was in control of the premises and that appellant was not the general contractor but one of several prime contractors. The question as to whether or not appellant had the duty to maintain the ladder was, under all the facts of this case, for the jury.

## THIRD DEPARTMENT, MARCH, 1957

## (March 14, 1957)

In the Matter of the Claim of JOSEPH ABROMITIS, Appellant, against TODD SHIPYARDS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—Motion to dismiss appeal granted, by default, without costs. Present —Foster, P.J., Bergan, Coon, Halpern and Gibson, JJ.

In the Matter of the Claim of REUBEN BENDER, Appellant, against BETHLEHEM STEEL COMPANY, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.—Motion to dismiss appeal granted, by default, without costs. Present—Foster, P.J., Bergan, Coon, Halpern and Gibson, JJ.

HAROLD BOULTON, Respondent, v. SAMUEL BLAKE, Appellant.— Motion to dismiss appeal granted, by default, without costs. Present—Foster, P.J., Bergan, Coon, Halpern and Gibson, JJ.

In the Matter of the Claim of ELIZABETH BRAMAN, Appellant, against BLOECKERS BAKERY & DELICATESSEN et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—Motion to dismiss appeal granted, by default, without costs. Present—Foster, P.J., Bergan, Coon, Halpern and Gibson, JJ.

In the Matter of the Claim of LEONARD DICKSTEIN, Appellant, against IRA S. BUSHEY & SONS, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—Motion to dismiss appeal granted, by default, without costs. Present—Foster, P.J., Bergan, Coon, Halpern and Gibson, JJ.